# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK
### BUFFALO DIVISION



CLINTON STRANGE,

Plaintiff

v.

**18 CV 6635**

SLICK INNOVATIONS, LLC;

a New York Domestic Limited Liability Company

&

BISTRO TO GO, LLC,

a Louisiana Limited Liability Company

Defendants

**Civil Action:**

**Complaint for Violations of the:**

**Telephone Consumer Protection Act 47 U.S.C. § 227**

)

)

**Demand for Jury Trial**

)

)

**Preliminary Statement:**

This is an action brought by an adult individual who is a natural person against Defendants SLICK INNOVATIONS, LLC and BISTRO TO GO, LLC for violations of the Telephone Consumer Protection Act of 1991 ("TCPA"), under the following U.S. Federal Statutes:

Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5);

&

Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)

)

**Jurisdiction of this Court arises under:**

Telephone Consumer Protection Act 47 U.S.C. § 227

Because the action brought involves Federal Question Jurisdiction.

)

**Venue Lies Properly in This Court:**

Pursuant to 47 U.S.C. § 227(g)(4) & 28 U.S.C § 1391.

**Parties:**

Plaintiff Clinton Strange is an adult individual residing at the address of:

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033

Defendant SLICK INNOVATIONS, LLC is a New York Domestic Limited Liability Company who according to the New York Department of State Division of Corporations is listed as:

Slick Innovations, LLC
79 Pershing Avenue
Suite # 2
Jamestown, New York 14701
&

Whose Registered Agent is Listed as:

NONE

Defendant BISTRO TO GO, LLC is a Louisiana Limited Liability Company that according to the Louisiana Secretary of State has a principal place of business at:

Bistro To Go
748 Lassus Street
Shreveport, LA 71106
&

Whose Registered Agent is Listed as:

NONE

)

)

**Factual Allegations:**

1. Plaintiff's cellphone number 318-780-8946 is registered on the Federal Do-Not-Call listing, and has been so registered since at least 10/29/2014, and Plaintiff 're-registered' on 01/24/2018 *See Exhibit A.*

2. Plaintiff never provided his cellphone number to Defendants or consented to be contacted by any means on his cellphone number 318-780-8946 by the Defendants listed herein. Plaintiff has no business relationship with either Defendant, nor has he ever had one with either Defendant listed herein.

3. Plaintiff does not like to receive unwanted and solicitous commercial phone calls, texts, or SMS/MMS messages on his cellphone because they "intrude on his seclusion and violate his rights to privacy guaranteed under the U.S. Constitution", and further deplete Plaintiff's mobile device's memory storage capacity, deplete Plaintiff's battery level on his cellphone, and require him to use a measurable amount of mental and physical energy to review the contents of the unwanted SMS text spams. Plaintiff alleges that [he] has Article III standing under the Constitution of the United States of America as a result of Defendants' alleged conduct. Also, that conduct meets

at least the definition of the Tort of Conversion of Plaintiff's Chattel [i.e. his cellular telephone].

4.  Plaintiff Clinton Strange is the wireless cellphone subscriber to the number 318-780-8946 and is financially responsible for the Verizon Wireless Account herein.

5.  Plaintiff alleges that the Defendants or alternatively a 3rd Party Marketing Company hired by the Defendants sent at least one text message to the Plaintiff on his cellphone number 318-780-8946 within a 12-month period.

6.  Plaintiff alleges that Defendants or alternatively a 3rd Party Marketing Company acting as an 'Agent' under the common law of agency for Defendants utilized an Automatic Telephone Dialing System ("ATDS") to send unwanted / unsolicited SMS / MMS text spam messages to Plaintiff's cellphone number 318-780-8946.

7.  On 08/24/2018 at 11:00am CDT Defendants allegedly sent Plaintiff a Text Spam Message from Short Code number 31996 that contained advertising for the Bistro To Go brand *See Exhibit B.*

8. The text message from 08/24/2018 was sent to Plaintiff's cellphone number 318-780-8946 *See Exhibit C.*

9. The text message from 08/24/2018 contained Message Details than can be examined by viewing *Exhibit D.*

10. The text message Plaintiff alleges was sent by the Defendants on 08/24/2018 contained advertising for Defendant Bistro To Go's products and services *See Exhibit E.*

11. Defendant Bistro To Go is a party to a contract, mise and or agreement that is enforceable, under the terms of said agreement, governed by the Laws of the State of New York See *Exhibit F*

12. Defendant Slick Innovations operates the ATDS platform from which the SMS /MMS Text spam originated *See Exhibit G.*

13. Defendant Slick Innovations is domiciled in Chautauqua County, NY and is registered with the New York Division of Corporations as a Domestic For-Profit Limited Liability Company *Exhibit H.*

14. Defendant Bistro To Go is a Louisiana Limited Liability Company *See Exhibit I.*

15. Defendants colluded together to send the violating text message Plaintiff received and perhaps more that Plaintiff since deleted from his phone since the fall season of 2017.

16. The text message that the Plaintiff alleges to have received on his cellphone on 08/24/2018 at 11:00am CST seems to indicate that [i]t was in reference to a "first time Bistro To Go online order" lending weight to the Plaintiff's allegation that NO PRIOR established business relationship existed between Plaintiff and the Defendants herein *See Exhibit J.*

17. Defendant Party Slick Innovations maintains most or all of the business and electronic records pertaining and regarding the text message campaigns between the Client who is Defendant Party Bistro To Go at the Jamestown, New York Office.

18. Defendants text message that Plaintiff can document DID NOT contain 'opt-out' instructions in violation of 16 C.F.R., and the TSR 'Telemarketing Sales Rule' *See Exhibit E.*

19. Defendants were careless and reckless in their customer listings in that they knew they did not have consent to text message all the numbers 'on their list, or alternatively were negligent in the duty of care they exercised in maintaining the 'opted-in' list of cellphone subscribers to the campaign.

20.   Defendant Party Slick Innovation's 'Platform Equipment' is housed in or

near their principal place of business in Jamestown New York, and this will

be the location where Plaintiff's Technology Expert Witness will be able to

evaluate the machine to see if "[i]t has the present capacity" to be defined as

an ATDS under the definition of the Second Circuit.

21.   Defendant Party Bistro To Go will be able to provide unprivileged

communications between themselves and Defendant Party Slick Innovations

regarding the text messaging campaign from Fall 2017 to present.

22. The Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)(iii) states

in part that:

**(b)RESTRICTIONS ON USE OF AUTOMATED TELEPHONE EQUIPMENT**

**(1)PROHIBITIONS** It shall be unlawful for any person within the United

States, or any person outside the United States if the recipient is within

the United States

**(A)**to make any call (other than a call made for emergency purposes or made with

the prior express consent of the called party) using any automatic telephone dialing

system or an artificial or prerecorded voice

**iii)**

to any telephone number assigned to a paging service, cellular telephone

service, specialized mobile radio service, or other radio common

carrier service, or any service for which the called party is charged for the

call, unless such call is made solely to collect a debt owed to or guaranteed
by the United States

23. The Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5) states in part
     that:

**(C)PROTECTION OF SUBSCRIBER PRIVACY RIGHTS**

**(5)PRIVATE RIGHT OF ACTION** A <u>person</u> who has received more than one
telephone call within any 12-month period by or on behalf of the same entity
in violation of the regulations prescribed under this subsection may, if
otherwise permitted by the laws or rules of court of a State bring in an
appropriate court of that State—

**(A)**

an action based on a violation of the regulations prescribed under this
subsection to enjoin such violation,

**(B)**

an action to recover for actual monetary loss from such a violation, or to
receive up to $500 in damages for each such violation, whichever is greater,
or

**(C)**

both such actions.

24. Courts have upheld that Defendants are liable for the actions of 3rd parties when [they] hire 3rd party companies to market their products and services. *See Krakauer v. Dish Network LLC,* No. 1:14-CV-00333, M.D.N.C.;

&

*United States of America et al v. Dish Network LLC,* No. 3:09-CV-03073, C.D. Ill.

25. The term "'agency' means more than mere passive permission; it involves request, instruction, or command." *See Taco Bell I,* 879 F. Supp. 2d at 1084.

26. Defendants entered into an agreement for marketing campaigns and text message advertising at some point in time prior to Fall 2017.

27. The Telephone Consumer Protection Act 47 U.S.C. § 227**(e)(1) states in part that:**

**(1)IN GENERAL**

It shall be unlawful for any <u>person</u> within the <u>United States</u>, in connection with any <u>telecommunications service</u> or IP-enabled voice service, to cause any caller identification service to knowingly transmit misleading or inaccurate caller identification information with the intent to defraud, cause harm, or wrongfully obtain anything of value, unless such transmission is exempted pursuant to paragraph (3)(B).

28. The Plaintiff believes that the conduct of the Defendant's and or their 3rd Party marketing partners arises to a level worthy of Trebled Damages under the TCPA.

29. The TCPA provides at 47 U.S.C. § 227(b)(3)(C) in part that trebled damages can be awarded by the court for willful and / or knowing violations by the Defendant: or

C) both such actions.

If the court finds that the defendant willfully or knowingly violated this subsection, or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.

30. At all times pertinent hereto Defendants were acting by and through their agents, servants and / or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendants herein.

31. At all times pertinent hereto, the conduct of the Defendants, as well as that of their agents, servants and/ or employees was intentional, reckless, and in grossly negligent disregard for Federal Laws and the rights of the Plaintiff herein.

## Count I:

32.  Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

33. At all times pertinent hereto the Defendants were liable to the Plaintiff for violations of:

Telephone Consumer Protection Act 47 U.S.C. § 227(c)(5)

Which makes Defendants liable to Plaintiff for any further violations that become known to Plaintiff in the course of discovery.

## Count II:

34.   Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

35. At all times pertinent hereto the Defendants were liable to the Plaintiff for violations of:

Telephone Consumer Protection Act 47 U.S.C. § 227(b)(1)(a)

Which makes Defendants liable to Plaintiff for at least 1 trebled violation as evidenced in the complaint and Plaintiff seeks $1,500 in damages for said violations.

**Jury Trial Demand;**

Plaintiff demands trial by jury on all issues so triable.

**Prayer for Relief;**

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages against the Defendant, based on the following requested relief:

Statutory Damages;
Treble Damages;
Stacked Damages;
Enjoinder from further violations of these parts;
Costs of litigating the action together along with all reasonable attorney's fees (if any) and court costs;
And such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

X _Clinton Strange_ _____   _08/31/2018_

Clinton Strange
Pro Se                                     Dated
7021 Winburn Drive
Greenwood, LA 71033
318-780-8946
parsmllc@gmail.com

13

# EXHIBIT A

**From:** Verify@DonotCall.gov
**Sent:** Wednesday, January 24, 2018 8:36 PM
**To:** parsmllc@gmail.com
**Subject:** National Do Not Call Registry - Your Registration Is Confirmed

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 8946 on October 29, 2014. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.



# National Do Not Call Registry

En Español

## Registration Complete

You have registered the following telephone number in the National Do Not Call Registry:

(318) 780-8946

You may print this page if you wish to retain a copy for your records.

EXHIBIT B



11:00 AM



ORDER ON OUR WEBSITE
**bistrotogo.co**

ORDER ON THE GO
Text **BISTROTOGO** to **33733**



$5 DOLLARS OF YOUR

Type a message...

 

[Type here]

# EXHIBIT C

31996

## Message Info

From **31996**

Received **11:00 AM**

Type **Multimedia message**

Size **63.3 KB**

## Sent To

M **Me**
Mobile: 3187808946

VIEW DETAILS          CLOSE


[Type here]

# EXHIBIT D

31996

## Message Info

From **31996**

Received **11:00 AM**

Type **Multimedia message**

Size **63.3 KB**

MsgId **139A63ECB3C30000F7300002**

Uid **839001622**

Message Source **Phone**

Xid **139A63ECB3C30000F730000201**

Thread Id **45**

Native Thread Id **45**

HIDE DETAILS          CLOSE

31996

## Message Info

Msg DB Id **176**

Native Id **20**

Date **Fri Aug 24 11:00:08 CDT 2018**

Server Time **Fri Aug 24 11:00:08 CDT...**

Media Type **[text/plain, image/jpeg]**

Media Resolution **600x942**

### Sent To

M   Me
Mobile: 3187808946

HIDE DETAILS          CLOSE

[Type here]

# EXHIBIT E



**31996**
Mobile



bistrotogo.co

Text **BISTROTOGO** to **33733**

$5 DOLLARS OF YOUR
FIRST BISTRO TO GO
ONLINE ORDER!!  WHY
WAIT? SKIP THE LINE
NEXT TIME!!  ORDER
AND PAY FOR
DELICIOUS BISTRO TO
GO FOOD ONLINE!!  IT'S
EASY AND FAST!!



 Type a message...

 

[Type here]

# EXHIBIT F

**SlickText**

# Our terms of use.

I agree that I have read the following terms and conditions that govern the website for SlickText.com. Reading this message constitutes an agreement to comply with said terms and conditions. SlickText.com is the property of Slick Innovations, LLC, and the use of its services is available to anyone in the United States or Canada on the stipulation that they abide by the Terms and Conditions governing this Service.

1. This is an agreement relating to your use of the Slick Innovations, LLC's website (SlickText.com) between you and Slick Innovations, LLC. The agreement consists of the Slick Innovations, LLC Privacy Policy and the following terms and conditions. Use of the Slick Innovations, LLC's website (SlickText.com) message delivery system constitutes consent to all terms and conditions as outlined below.

SlickText.com is a text message marketing product based on core technology, which is a unified mobile messaging platform that enables clients of Slick Innovations, LLC to send and receive communications with their customers via SMS. By using Slick Innovations, LLC's products and services, you and Slick Innovations, LLC have agreed to the following stipulations:

## Mobile Terms of Service



info@slicktext.com.

**Charges:** Standard message and data rates may apply any user sending or receiving SMS messages.

**STOP:** You can cancel the SMS service at any time. Just text "**STOP**" to 31996. After you send the SMS message "**STOP**" to us, we will send you an SMS message to confirm that you have been unsubscribed. After this, you will no longer receive SMS messages from us. To unsubscribe from a particular textword, text "**STOP**" **and the textword** to 31996. We will send you an SMS message to confirm that you have been unsubscribed from that list. Text "**STOP ALL**" to 31996 to remove your number from any and all text messages and/or MMS messages coming from 31996. If you want to join again, just sign up as you did the first time and we will start sending SMS messages to you again.

**HELP:** If at any time you forget what keywords are supported, just text "**HELP**" to 31996. After you send the SMS message "**HELP**" to us, we will respond with instructions on how to use our service as well as how to unsubscribe.

**SMS Coverage:** SMS coverage for Slick Innovations, LLC is supplied by a constantly growing number of wireless carrier networks. Contact Slick Innovations, LLC's website (SlickText.com) via info@SlickText.com to receive updated information regarding carriers that currently support SMS through Slick Innovations, LLC. Slick Innovations, LLC currently supports coverage in the United States and Canada.

**Major American Carriers:** AT&T, Verizon Wireless, Sprint, T-Mobile, Alltel, Boost Mobile, and Virgin Mobile.

**Minor American Carriers:** Advantage Cellular (DTC Wireless), Aio Wireless, Alaska Communications Systems (ACS), Appalachian Wireless (EKN), Bluegrass Cellular, Carolina West Wireless, CellCom, Cellular One of East Central IL (ECIT), Cellular One of Northeast Arizona, Cellular One of Northeast Pennsylvania, Chariton Valley Cellular, Cincinnati Bell Wireless, Cricket, Coral Wireless (Mobi PCS), Cross, C-Spire (CellSouth), Duet IP (Maximum Communications New Core Wireless), Element Mobile (Flat Wireless), Epic Touch (Elkhart Telephone), GCI, Golden State, Hawkeye (Chat Mobility), Hawkeye (NW Missouri), Illinois Valley Cellular, Inland Cellular, iWireless (Iowa Wireless), Keystone Wireless (Immix Wireless/PC Man), MetroPCS, Mosaic (Consolidated or CTC Telecom), MTA Communications, MTPCS (Cellular One Nation), Nex-Tech Wireless, NTelos, Panhandle Communications, Peoples Wireless, Pine Cellular, Pioneer, Plateau (Texas



**Canadian Carriers:** Bell (including NorthernTel, Solo Mobile, and Telebec), Fido, MTS, Rogers, SaskTel, Telus (including Koodo Mobile and Public Mobile), Videotron, Virgin Mobile, and Wind.

**MMS American Carrier Support:** AT&T, Verizon Wireless, Sprint, and T-Mobile.

**Customer & Technical Support:** Customer and Technical Support for Slick Innovations, LLC may be contacted during normal business hours. Normal business hours are defined as 9am to 5pm Eastern Standard Time, Monday through Friday. Slick Innovations, LLC's support staff will handle any calls made on holidays or outside normal business hours on the following day.

**Incorporation of MMA Guidelines:** All parties agree to adhere to current Association's "U.S. Consumer Best Practices Guidelines" ("MMA Guidelines"). These guidelines can be found at http://mmaglobal.com/policies/consumer-best-practices. The terms of this document shall prevail in the event of a conflict between the MMA Guidelines and the terms of this document.

In the event of a conflict between terms in this document and the MMA Guidelines, this document shall prevail.

**Content:** The term "Content" refers to the data you are asking Slick Innovations, LLC to store, process, or transmit to end users. You represent the following:

1) You own and/or have licensed the rights and necessary clearances to distribute the content to mobile devices (and, optionally, any other means of viewing content that has been mutually agreed on). The Content does not violate the rights of any entity protected by intellectual property legislation or similar laws or regulations.

2) All Content is consistent with standards imposed by mobile carriers and aggregators; specifically, the Content is not libelous, defamatory, inaccurate, sexually explicit, unlawful, obscene, false, misleading, racially or ethnically offensive, or objectionable.

**SlickText**

4) The Content (including storage, delivery, and transmission) does not violate any laws or regulations in the United States, Canada, your home jurisdiction(s), or any other jurisdiction where the Content is stored, delivered, or transmitted.

5) Slick Innovations, LLC prohibits the use of their platform and services for certain types of text programs and content either stored or transmitted. These programs and content include but are not limited to the following: sex, hate, alcohol, firearms, tobacco, drugs, loans, payday loans, short-term loans, mortgage loans, student loans, debt, debt relief, debt consolidation, debt reduction, credit, credit repair, tax, tax relief, work from home, medication. Slick Innovations, LLC reserves the right to refuse, suspend, terminate any campaign, text program or account at any time and without warning that, in its opinion, is related to any type of said content or other content deemed unacceptable by Slick Innovations, LLC.

Slick Innovations, LLC. reserves the right to delete or refuse to transmit any Content that, in its opinion, violates any of the above stipulations. In the event that Slick Innovations, LLC. deletes or refuses to transmit Content, the company will contact you to inform you of the problem. Slick Innovations, LLC. will work with you to complete the campaign.

You permit Slick Innovations, LLC's website (SlickText.com) to alter and encode the Content into other formats, store it, and transmit it via third parties to mobile devices (and, optionally, any other means of viewing the content that is mutually agreed on)..

**Campaigns:** Slick Innovations, LLC. may refuse, suspend, terminate any campaign, text program or account that, in its opinion, is not in compliance with the then-current MMA guidelines, TCPA guidelines, CTIA guidelines, Canada Wireless Telecommunications Association Guidelines199, Cellular Carrier guidelines or that violates any applicable law or regulation.

## Mobile Phone Numbers Provided To Us:

By providing mobile phone numbers for use on the Slick Innovations, LLC platform, you represent that:

8/24/2018

Our Terms Of Use | Slick Text



**SlickText**

or TCPA Guidelines.

3) Transmission of messages to those phone numbers does not violate any applicable laws or regulations.

**Reporting:** Receiving access to Slick Innovations, LLC's messaging platform will confirm the start of the campaign and provide proof of performance.

**Service Level and Third Party Reliance:** Uptime for Slick Innovations, LLC's messaging platform is 99.99%. Slick Innovations, LLC, however, relies on many external suppliers in order to transmit messages to and from mobile devices. These suppliers include, but are not limited to, intermediary aggregators between Slick Innovations, LLC and mobile carriers, mobile carriers themselves, server hosting companies, Internet service providers, and others. Any failure on the part of any outside parties that results in message delay or failure falls under the definition of "Force Majeure" as described below.

## Force majeure

General. Excluding payment obligations, neither party will be liable for default or delay of obligations under the terms outlined in this document if any such default or delay results from conditions beyond the reasonable control of either party. Such conditions include, but are not limited to, earthquakes, flood, fire, accident, telecommunications line failures, electrical outages, network failures, acts of God, or labor disputes ("Force Majeure event"). If Slick Innovations, LLC. suffers such default or delay, it will make reasonable efforts within five (5) business days to recommend a substitute transmission for the time period of the original transmission. If the Client is not reasonably satisfied with such substitute transmission, Slick Innovations, LLC. will allow Client a pro rated reduction in services in the amount of money allotted to time, space, and/or program charges at the time of purchase. In addition, all parties will retain the benefit of the same discounts that would have been earned had there been no delay or default.

https://www.slicktext.com/terms-of-use.php

5/15

8/24/2018



Innovations, LLC. Event outside the control of either include, but are not limited to, failure of banking clearing systems or a state of emergency. Delays caused by aforementioned conditions will be excused for the duration of such condition. Excuse for delays caused by events beyond reasonable control of Client will not relieve any financial obligations of Client that would have been due and paid without such conditions.

Service may be suspended, cancelled or terminated by Slick Innovations, LLC if the Client's payment for service fails. If this occurs, a series of "Payment Failure" notices will be sent and service will be cancelled or terminated if payment is not received within 14 days.

**Cancellation:** Either party may cancel the remainder of service without penalty in the event that Force Majeure continues for five (5) consecutive business days.

**Additional Indemnification:** You agree that Slick Innovations, LLC. and its affiliates and subsidiaries will be indemnified harmless against any losses, damages, or expenses (including reasonable legal fees and disbursements) arising from or relating to any claims, actions, or other proceedings brought on by or on behalf of any third party if said claims result from your acts or omissions in connection with any service offered by Slick Innovations, LLC.

2. Use of Slick Innovations, LLC's website (SlickText.com). The Messaging Center is not to be used for any abusive and/or unlawful purposes. Such purposes include, but are not limited to, any use that may cause disruption of services provided by Slick Innovations, LLC. or its customers, or damage to Slick Innovations, LLC. property. You agree that all usage of the Slick Innovations, LLC's website (SlickText.com), including transmitted communications, will be in compliance with all laws and regulations. You are responsible for all content transmitted through the Messaging Center. Slick Innovations, LLC. only provides you with service of sending messages to mobile phones. Slick Innovations, LLC's website (SlickText.com) is not liable for any consequences brought on by or relating to any messages sent by any person that uses aforementioned service.

3. Privacy. Your private information will only be collected, stored, processed, transmitted, or otherwise handled by Slick Innovations, LLC. with your knowledge and consent. This is primarily done by completing an online form. Your personally identifiable information will not be sold or rented to anyone by Slick Innovations, LLC.. Any lack of privacy that you may

**SlickText**

of its rights to use of the Messaging Center at Slick Innovations, LLC, will not be held liable for any act associated with the proper exercise of its rights under 2 and 3 of this agreement between Slick Innovations, LLC, and you.

5. No Warranties. Slick Innovations, LLC, offers no express warranty with regards to its services or the Messaging Center. Slick Innovations, LLC, disclaims any implied warranty, including specifically any warranties of merchantability or fitness for a particular purpose. Slick Innovations, LLC, does not authorize anyone to make any kind of warranty on its behalf.

6. DISCLAIMER. SlickText.com (the Site) and its contents are provided on an "as is" and "as available" basis. To the fullest extent permitted by law, Slick Innovations, LLC, offers no warranties (implied or expressed) or representations of any kind (and they are expressly disclaimed) with respect to the Site, services, or its contents including, without limit, warranties of merchantability and fitness for a particular purpose. Further, Slick Innovations, LLC, does not represent or warrant that:

(i) The Services will meet your requirements; its services will meet your requirements;

(ii) The services will be uninterrupted, timely, or 100% error-free;

You acknowledge that it is not within the control of Slick Innovations, LLC, how or for what purposes its services are used and the allocation of risk in these terms is a reflection of the price paid for its services. If any exclusion in this service is determined to be invalid and Slick Innovations, LLC, becomes liable for damages or loss that may be lawfully limited then that liability will be limited to the amount paid by you for the services provided by Slick Innovations, LLC. . Slick Innovations, LLC, shall not be liable to the Client for any loss arising from any data, instructions, or material supplied, digitally or otherwise, by the Client or on its behalf which is incomplete, inaccurate, illegible, out of sequence or arising from late arrival or non-arrival or in the wrong form or any other fault by the client or on its behalf. Slick Innovations, LLC, is not responsible for any malfunction, delay, non performance and/or other degradation of performance of any of its services caused by or resulting from any alteration, modification and/or amendments due to changes and specifications requested or implemented by the Client whether or not beyond the services already supplied. Any work so arising may result in additional charges. Slick Innovations, LLC, will make reasonable efforts to repair and reinstate service in the event of a failure, depending on the severity of said failure. If said failure is the result of an action performed by the Client

https://www.slicktext.com/termsofuse.php



SlickText |

require Slick Innovations, LLC. (at its discretion) to either pay to you compensation limited to a credit for the amount paid by you for the unavailable service or a refund in that amount. Slick Innovations, LLC. or anyone else involved with the creation, production, or supply of its services will not be held liable to the Client or any other entity for any loss under Terms, tort (including breach of statutory duty or negligence) or otherwise howsoever and whatever the cause thereof by reason of or in connection with the Terms or the Services for any: (i) economic loss of any kind, or (ii) loss of contracts, profit, revenues, or anticipated savings, or (iii) damage to the reputation or goodwill of the Client, or (iv) loss resulting from any claim made by any third party, or (v) direct, indirect, special, or consequential damage or loss of any nature whatsoever, and Slick Innovations, LLC. shall be indemnified by the Client from and against any claim which may be made against Slick Innovations, LLC. in respect thereof. Limitation or Exclusion of implied warranties or of liabilities for incidental or consequential damages will not apply in jurisdictions that do not allow for such limitations or exclusions. Slick Innovations, LLC. shall not be liable for obligations that were prevented or delayed in or from performing under conditions due to circumstances beyond its control such as, but not limited to, riots, war, governmental acts, strikes, trade disputes (including with and by our own employees), technical failure, general availability of the internet, power failure, communications failure, weather, fire, flood, explosion, or natural or local emergency.

7. Opt in Guarantee by Client. Clients of Slick Innovations, LLC. guarantee that all mobile numbers in their accounts are 100% opt-in, and recipients of text messages and/or MMS messages recognize the sender and expect to receive said messages from him or her. Slick Innovations, LLC. reserves the right to request that the client submit written explanation of the method of collecting phone numbers and a guarantee signed by the client that all mobile numbers on his or her list have agreed to receive text messages and/or MMS messages from the client if it suspects that the list of numbers may not be 100% opt-in. In cases where Slick Innovations, LLC. suspects that a list is not 100% opt-in it reserves the right to take any action it thinks is appropriate, including but not limited to cancellation of the account.

8. Pricing. Slick Innovations, LLC. reserves the right to make adjustments to the pricing of its product/service offering. Slick Innovations, LLC may raise or lower its prices at anytime. In the event that Slick Innovations, LLC. makes significant alterations to its pricing, Clients will be notified at least 30 days in advance. Subscriptions to services are subject to acceptance by Slick Innovations, LLC. Slick Innovations, LLC. will deem Clients subscriptions to services acceptable when

8/24/2018

**SlickText**

credit card, or any other method set forth by Slick Innovations, LLC. The Client acknowledges and agrees that in the event of a charge back by a credit card company (or similar action by another payment provider) or other nonpayment by client in connection with payment for Slick Innovations, LLC services or subscription fee may result in suspension, cancellation, or termination of said services or subscription, in sole discretion of the company. If the Client's service is suspended, cancelled, or transferred prior to the end of the then-current service term, all fees paid are non-refundable in whole or in part. The Client acknowledges that Slick Innovations, LLC. is not obligated to make any refunds under any circumstances.. However, if the Client wishes to cancel their account, they will not be automatically billed from then on unless they re-instate the account. Should the Client cancel their account, the said account will be immediately terminated. Thereafter they will no longer have access to their account and they will lose any textwords (Keywords), subscribers and other data they originally had. To cancel an account, a Slick Innovations, LLC user must email info@slicktext.com to make the cancellation request and include the following in the subject line: "Please Cancel SlickText Account". Please allow 48 hours to process the cancelation.

9. Unpaid products. Slick Innovations, LLC reserves the right to cancel, suspend, terminate and / or end service for any and all unpaid products or services that are deemed inactive or no longer in use.

10. Intellectual Property. You acknowledge and agree that all content and materials available on this site are protected by copyrights, trademarks, service marks, patents, trade secrets, or other proprietary rights and laws. Except as expressly authorized by Slick Innovations, LLC., you agree not to sell license, rent, modify, distribute, copy, reproduce, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from such materials or content.

As noted above, reproduction, copying, or redistribution for commercial purposes of any materials or designed elements on this site is strictly prohibited without the express written permission of Slick Innovations, LLC. For information on requesting such permission, please contact us at info@SlickText.com.

11. Content Submitted To Traffic Slick Innovations, LLC. You grant to Slick Innovations, LLC. a non-exclusive, royalty-free, worldwide, perpetual license, with the right to sub-license, to reproduce, distribute, transmit, create derivative works of, publicly display and publicly perform any comments and other information (including, without limitation, ideas contained therein for new or improved products and services) you submitted to any public areas of the Slick Innovations,

https://www.slicktext.com/termsofuse.php

**SlickText**

## Get started with SlickText today!

We're here to help you through anything you need to get started.

connection with the submitted contents and other information as well as in connection with all advertising, marketing, and promotional material related thereto. You agree that you shall have no legal recourse against Slick Innovations, LLC, for any alleged or actual infringement or misappropriation of any property right in your communications to Slick Innovations, LLC.

12. Jurisdiction. These Terms of Use shall be governed by and construed in accordance with the laws of the State of New York. You hereby consent to jurisdiction of the courts in the State of New York to resolve any disputes arising under this Terms of Use.

Agreement. You acknowledge that Slick Innovations, LLC's decision to provide Messaging Center service to you is contingent on your compliance with these terms and conditions, and that these terms and conditions, unless otherwise specified herein, constitutes the entire agreement between you and Slick Innovations, LLC, and supersedes all prior or contemporaneous communication between you and Slick Innovations, LLC. If any part of these Terms of Use is held invalid or unenforceable, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions shall remain in full force and effect.

This policy may be amended at any time, at the discretion of Slick Innovations, LLC. You will be notified of any substantial changes via this Terms of Use page. If you have any questions, comments, clarifications, or ambiguities, or would like to report any violations the Slick Innovations, LLC's website (SlickText.com) please send us your feedback.



# EXHIBIT G

8/24/2018

Slick Innovations SMS Short Code - 31996 | U.S. Short Code Directory

https://usshortcodedirectory.com/directory/short-code-31996/

1/5

# Slick Innovations SMS Short Code

## 31996 Short Code

**Mobile Marketing Provider (https://usshortcodedirectory.com/sms-short-code-industry/mobile-marketing-provider/)**

Do you own this number?

Write Review        Report Spam (http://www.spamresponse.com/report-spam)

Last Updated: January 7, 2017



## Short Code Owner Information

| Business/Organization: | Slick Innovations |
| Address: | 301 E 2nd St #304 |
| City: | Jamestown |
| State: | NY |
| Zip Code: | 14701 |
| Website: | http://www.slicktext.com/ (http://www.slicktext.com/) |
| Email Address: | info@slicktext.com |
| Phone Number: | (800) 688-6290 |

## Basic Short Code Information

| Short Code Number: | 31996 |
| Short Code Length: | 5-Digit Short Code (https://usshortcodedirectory.com/sms-short-code-types/5-digit-short-code/) |
| Short Code Activation Date: | 2/28/12 |
| Short Code Deactivation Date: | N/A |
| Short Code Type: | Shared Short Code (https://usshortcodedirectory.com/sms-short-code-types/shared-short-code/) |

[Type here]

# EXHIBIT H

# NYS Department of State

# Division of Corporations

## Entity Information

The information contained in this database is current through August 29, 2018.

Selected Entity Name: SLICK INNOVATIONS, LLC
Selected Entity Status Information

|  |  |
|---|---|
| **Current Entity Name:** | SLICK INNOVATIONS, LLC |
| **DOS ID #:** | 4347640 |
| **Initial DOS Filing Date:** | JANUARY 17, 2013 |
| **County:** | CHAUTAUQUA |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

SLICK INNOVATIONS, LLC
79 PERSHING AVENUE, SUITE #2
JAMESTOWN, NEW YORK, 14701

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

Entity Information

No Information Available

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 17, 2013 | Actual | SLICK INNOVATIONS, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us


[Type here]

# EXHIBIT I

**R. Kyle Ardoin**
**Secretary of State**

State of
Louisiana
Secretary of
State



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

---

| **Name** | **Type** | **City** | **Status** |
|---|---|---|---|
| BISTRO TO GO, L.L.C. | Limited Liability Company | SHREVEPORT | Active |

**Previous Names**

**Business:**          BISTRO TO GO, L.L.C.
**Charter Number:**    35933731K
**Registration Date:** 5/5/2005
**Domicile Address**
                       748 LASSUS
                       SHREVEPORT, LA 71106
**Mailing Address**
                       C/O JONATHAN E. EMERY
                       748 LASSUS
                       SHREVEPORT, LA 71106

## Status

**Status:**                **Active**
**Annual Report Status:**  **In Good Standing**
**File Date:**             5/5/2005
**Last Report Filed:**     7/5/2018
**Type:**                  Limited Liability Company

## Registered Agent(s)

| Agent: | JONATHAN E. EMERY |
|---|---|
| Address 1: | 748 LASSUS |
| City, State, Zip: | SHREVEPORT, LA 71106 |
| Appointment Date: | 5/5/2005 |

## Officer(s)

Additional Officers: No

| Officer: | JONATHAN E. EMERY |
|---|---|
| Title: | Member |
| Address 1: | 748 LASSUS |
| City, State, Zip: | SHREVEPORT, LA 71106 |

## Amendments on File

**No Amendments on file**

[Type here]

EXHIBIT J

**31996**
Mobile





ORDER ON OUR WEBSITE
**bistrotogo.co**

ORDER ON THE GO
Text **BISTROTOGO** to **33733**

$5 DOLLARS OF YOUR
FIRST BISTRO TO GO
ONLINE ORDER!!  WHY
WAIT? SKIP THE LINE
NEXT TIME!!  ORDER
AND PAY FOR
DELICIOUS BISTRO TO
GO FOOD ONLINE!!  IT'S
EASY AND FAST!!



+  Type a message...

 

Clerk, U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

Clinton Strange

7021 Winburn Drive

Greenwood, LA 71033

318-780-8946

PARSMLLC@gmail.com

Dear Clerk:

Please find the following enclosed documents for filing in a case to be styled as *Strange v. Slick Innovations, LLC et al (*or however the Clerk chooses to caption the suit) that includes:

1- Original Pleading
2- Civil Cover Sheet
3- Exhibits A-J
4- *In Forma Pauperis* Motion

I am a non-prisoner Pro Se litigant. I am NOT set up for the 'pacer electronic filing system'.

Regards,

X _____        8-31-2018
Clinton Strange                          Dated



U.S. POSTAGE PAID
FCM LG ENV
GREENWOOD, LA
71033
AUG 31 '18
AMOUNT
**$2.68**
R2305H129624-1



1000

14202

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033

Clerk,  U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

18  C  8635

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CLINTON STRANGE | SLICK INNOVATIONS, LLC et al |

| **(b)** County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant   Chautauqua, New York |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. 227

Brief description of cause:
Restrictions on the Use of Telephone Equipment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
1,500.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
08/31/2018

SIGNATURE OF ATTORNEY OF RECORD
Pro Se X   *Clinton Strange*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____