IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

CLINTON STRANGE )
    Plaintiff, )
     )
v. )
     )
SLICK INNOVATIONS, LLC ) Case No. 18-CV-6635-FPG
     )
and )
     )
BISTRO TO GO, LLC, )
     )
    Defendants. )

## STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Clinton Strange ("Plaintiff"), Pro Se, and Defendants Slick Innovations, LLC and Bistro To Go, LLC, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal, without prejudice, of Plaintiff's action. All parties who have appeared in this matter have signed this stipulation, under which each party will bear their own costs.

Signatures on following page

SO ORDERED THIS 6th DAY OF Mar 20 19

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

Dated: February 25th, 2019

Respectfully submitted,

CLINTON STRANGE

*/s/ Clinton Strange*

Clinton Strange
7021 Winburn Drive
Greenwood, LA 71033
Telephone: (318) 780-8946
Email: parsmllc@gmail.com
*Plaintiff*

SLICK INNOVATIONS, LLC

*/s/ Bowser*

Joseph P. Bowser
Roth Jackson Gibbons Condlin PLC
11 S. 12th Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 441-8701
Fax: (804) 441-8438
Email: jbowser@rothjackson.com
*Counsel for Defendant*

BISTRO TO GO, LLC

*/s/ Bowser*

Joseph P. Bowser
Roth Jackson Gibbons Condlin PLC
11 S. 12th Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 441-8701
Fax: (804) 441-8438
Email: jbowser@rothjackson.com
*Counsel for Defendant*